ADAM WANG (STATE BAR NO. 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Telephone:     (408) 421-3403
Facsimile:      (408) 351-0261

Attorneys for Plaintiff
George Villasenor

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| George Villasenor,<br><br>       Plaintiff,<br>  vs.<br>Sunnyvale Olympic, et al.<br><br>       Defendants | Case No. C05-04765 JW<br><br>**NOTICE OF SETTLEMENT &<br>[PROPOSED] ORDER** |

Plaintiff, through his counsel, is pleased to inform the Court that parties have reached a settlement in this case, and thus respectfully requests that the Initial Case Management Conference currently scheduled for June 12, 2006 be continued for 60 days to allow sufficient time for parties to formalize the settlement before a dismissal can be filed.

Dated:  June 5, 2006                                  DAL BON & WANG
                                                                         ADAM WANG


                                                                         By: /s/ Adam Wang
                                                                              Attorney for Plaintiff
                                                                              George Villasenor

---

[PROPOSED] ORDER

Good Cause Appearing, **IT IS HEREBY ORDERED** that the Initial Case Management Conference be continued to ~~August 14, 2006.~~ September 11, 2006 at 10:00am

**IT IS SO ORDERED.**

Dated:  June  9 , 2006                              By: /s/ James Ware
                                                                         JAMES WARE
                                                                         United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28