IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| George Villasenor, | NO. C 05-04765 JW |
|       Plaintiff,<br>v. | **ORDER TO SHOW CAUSE**<br>**RE: SETTLEMENT** |
| Sunnyvale Olympic, et al., | |
|       Defendants. | |

On June 5, 2006, Plaintiff informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **October 23, 2006**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **October 30, 2006,** at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **October 23, 2006**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: August 24, 2006

_____
JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang waqw@sbcglobal.net

James Dal Bon
Law Offices of James Dal Bon
2625 Middlefield Road #035;600
Palo Alto, CA 94306

**Dated:** August 24, 2006                    **Richard W. Wieking, Clerk**

                                              **By: /s/ JW Chambers**
                                                   **Courtroom Deputy**